## SOUTHERN RAILWAY COMPANY *v.* BREWER.

LUMPKIN, J. 1. There was sufficient evidence to support the verdict.

2. The requests to charge, in so far as they were proper, were sufficiently covered by the general charge.

3. The charges on which error was assigned, when read in connection with the general charge, furnished no ground for a new trial.

*Judgment affirmed. All the Justices concur*

Submitted January 14,—Decided April 16, 1908.

Action for damages. Before Judge Kimsey. Habersham superior court. February 7, 1907.

*John J. Strickland,* for plaintiff in error.

*Thompson & Bell* and *Arnold & Arnold,* contra.